COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-193-
CV

IN RE STEPHAN BOLTON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of habeas corpus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of habeas corpus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B
: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED June 25, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.